```
 1 │ GEORGE W. NOWELL (SBN: 83868)
   │  george.nowell@nowelllaw.com
 2 │ PAUL B. ARENAS (SBN: 167863)
   │  paul.arenas@nowelllaw.com
 3 │ LAW OFFICES OF GEORGE W. NOWELL
   │ 120 Montgomery Street, Suite 1990
 4 │ San Francisco, CA 94104
   │ Telephone: (415) 362-1333
 5 │ Facsimile: (415) 362-1344
   │ Attorneys for Plaintiffs:
 6 │ GENENTECH, INC., ASD SPECIALTY
   │ HEALTHCARE, INC. dba ONCOLOGY SUPPLY,
 7 │ FALVEY CARGO UNDERWRITING, and
   │ ALLIANZ GLOBAL RISKS US INSURANCE COMPANY
 8 │
   │              UNITED STATES DISTRICT COURT
 9 │
   │              NORTHERN DISTRICT OF CALIFORNIA
10 │                  (SAN FRANCISCO DIVISION)
```

FILED '07 MAY 10 PM 1:37

E-filing

JCS

| | |
|---|---|
| GENENTECH, INC., ASD SPECIALTY HEALTHCARE, INC. dba ONCOLOGY SUPPLY, FALVEY CARGO UNDERWRITING, and ALLIANZ GLOBAL RISKS US INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>EARL L. HENDERSON TRUCKING CO., INC.,<br><br>Defendants. | CASE NO. **C 07 2513**<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporation) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. GENENTECH, INC,

2. ASD SPECIALTY HEALTHCARE, INC. dba ONCOLOGY SUPPLY,

3. FALVEY CARGO UNDERWRITING,

4. ALLIANZ GLOBAL RISKS US INSURANCE COMPANY, and

1

5.   EARL L. HENDERSON TRUCKING CO., INC.

DATED: May __8__, 2007         **LAW OFFICES OF GEORGE W. NOWELL**

_____
Paul B. Arenas
GENENTECH, INC., ASD SPECIALTY HEALTHCARE, INC. dba ONCOLOGY SUPPLY, FALVEY CARGO UNDERWRITING, and ALLIANZ GLOBAL RISKS US INSURANCE COMPANY

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333 Fax: (415) 362-1344

2

PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

P0508.2007-1625