UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GENENTECH INC.,                                                  No. C 07-02513 JCS

        Plainitff(s),                              NOTICE OF IMPENDING
                                                           REASSIGNMENT TO A UNITED STATES
  v.                                                          DISTRICT JUDGE

EARL L. HENDERSON TRUCKING,

        Defendant(s).
_____/

       The Clerk of this Court will now randomly reassign this case to a United States District Judge because:

       [X]      One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge.

       []       One or more of the parties has sought a type of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

       ALL HEARING DATES PRESENTLY SCHEDULED BEFORE MAGISTRATE JUDGE SPERO ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THIS CASE HAS BEEN REASSIGNED.

Dated: May 31, 2007

                                                         Richard W. Wieking, Clerk
                                                         United States District Court

                                                         By: Karen L. Hom
                                                         Courtroom Deputy

cc: Intake