**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GENENTECH INC.                         No. C 07-02513 CRB

                Plaintiffs,            **ORDER OF RECUSAL**

    v.

EARL L. HENDERSON,

                Defendants.
_____/

I, the undersigned Judge of the Court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of paragraph E.2. of the Assignment Plan.

All pending dates of motions, pretrial conferences and trial are hereby vacated and are to be reset by the newly assigned Judge.

**IT IS SO ORDERED.**

Dated:   June 21, 2007                 _____
                                       CHARLES  R. BREYER
                                       UNITED STATES DISTRICT JUDGE