GEORGE W. NOWELL (SBN: 83868)
PAUL B. ARENAS (SBN: 167863)
**LAW OFFICES OF GEORGE W. NOWELL**
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Telephone:  (415) 362-1333
Facsimile:  (415) 362-1344
Attorneys for Plaintiffs:
GENENTECH, INC., ASD SPECIALTY HEALTHCARE, INC. dba ONCOLOGY SUPPLY, FALVEY CARGO UNDERWRITING, and ALLIANZ GLOBAL RISKS US INSURANCE COMPANY

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA
### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| GENENTECH, INC., ASD SPECIALTY HEALTHCARE, INC. dba ONCOLOGY SUPPLY , FALVEY CARGO UNDERWRITING, and ALLIANZ GLOBAL RISKS US INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>EARL L. HENDERSON TRUCKING CO., INC.,<br><br>Defendants. | CASE NO.:  CV 07-02513 PJH<br><br>**NOTICE OF DISMISSAL**<br>AND ORDER<br><br>FRCP 41(a)(1)(i) |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), plaintiffs GENENTECH, INC., ASD SPECIALTY HEALTHCARE, INC. dba ONCOLOGY SUPPLY, FALVEY CARGO UNDERWRITING, and ALLIANZ GLOBAL RISKS US INSURANCE COMPANY hereby dismiss this lawsuit against defendant.  No pleadings have been filed and no appearances have been made by the adverse party.

**DATED:** July 11, 2007    **LAW OFFICES OF GEORGE W. NOWELL**

\S\
Paul B. Arenas
GENENTECH, INC., ASD SPECIALTY HEALTHCARE, INC. dba ONCOLOGY SUPPLY , FALVEY CARGO UNDERWRITING, and ALLIANZ GLOBAL RISKS US INSURANCE COMPANY



IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1

**NOTICE OF DISMISSAL (CV 07-02513 PJH)**

P0703.2007-1625